UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLOYD CASTRO,

        Plaintiffs,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendants.

Case No. 16-cv-04787-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 17, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 15, 2017.

DESIGNATION OF EXPERTS: 1/5/18; REBUTTAL: 1/16/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 31, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 8, 2017;
    Opp. Due: September 22, 2017; Reply Due: September 29, 2017;
    and set for hearing no later than October 13, 2017 at 10:00 AM.

PRETRIAL CONFERENCE DATE: February 20, 2018 at 3:30 PM.

JURY TRIAL DATE: March 5, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. Mediation shall occur no later than the first half of July 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/21/16

SUSAN ILLSTON
United States District Judge